44 So.2d 33

### Theodis DAVIS v. STATE.
### 6 Div. 882.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

49 So.2d 925

### Ellen DILLARD v. STATE.
### 6 Div. 59.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 910

### Edward DOBBINS v. STATE.
### 8 Div. 836.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Jackson County Court; J. K. Thompson, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 910

### Lonnie DOBBINS v. STATE.
### 7 Div. 37.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

47 So.2d 921

### Ethel Smith DONALD (formerly Ethel Smith) v. STATE.
### 3 Div. 922.

Court of Appeals of Alabama.
Aug. 8, 1950.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

O. C. Maner, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

47 So.2d 921

### Floyd DONEGAN v. STATE.
### 6 Div. 944.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 922

### Floyd DONEGAN v. STATE.
#### 6 Div. 945.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 890

### Lydis DONOVAN v. STATE.
#### 5 Div. 317.

Court of Appeals of Alabama.
April 18, 1950.

Rehearing Denied June 27, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

Lawrence F. Gerald, of Clanton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 925

### Stanford DOWNS v. STATE.
#### 6 Div. 50.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed.

47 So.2d 921

### Willie George (alias W. G.) Du BOSE v. STATE.
#### 5 Div. 291.

Court of Appeals of Alabama.
May 3, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Violating prohibition law.

Holley, Milner & Holley, of Wetumpka, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 33

### Cleveland Hartney DUFFY v. STATE.
#### 6 Div. 872.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.